```
Stephen C. Balkenbush
Nevada Bar No. 1814
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
Attorneys for Defendants
```

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MIKEL PLACE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ELKO COUNTY, a political subdivision of the State of Nevada; COLBY GLENNON, an individual, JOHN DOES I-X,<br><br>　　　　　Defendants. | CASE NO.  3:14-cv-00509-RCJ-VPC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

COME NOW Defendants, ELKO COUNTY, and COLBY GLENNON (hereinafter "Defendants") by and through their attorneys, Thorndal Armstrong Delk Balkenbush & Eisinger, and Plaintiff Mikel Place by and through his attorneys, Cavanaugh-Bill Law Offices, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate that the

* * * * * * *

* * * * * *

* * * * *

* * * *

* * *

* *

*

above-entitled matter may be dismissed with prejudice in its entirety with each party to bear their own costs and attorney's fees.

DATED this 1st day of February, 2016.

By \S\ J. Cavanaugh-Bill
Julie Cavanaugh-Bill, Esq.
Cavanaugh-Bill Law Offices
Henderson Bank Building
401 Railroad Street, Suite 307
Elko, NV 89801
(775)753-4357
Attorney for Plaintiff
Mikel Place

DATED this 1st day of February, 2016.

THORNDAL, ARMSTRONG,
DELK, BALKENBUSH & EISINGER

By \S\ S.C.Balkenbush
Stephen C. Balkenbush, Esq.
Thorndal Armstrong Delk Balkenbush &
6590 S. McCarran Blvd., Suite B
Reno, NV 89509
(775) 786-2882
Attorneys for Defendants Elko County,
Nevada and Colby Glennon

IT IS SO ORDERED this 3rd day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE

- 2 -